| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | Case Type: Civil Other/Misc. |

Stephany McCarthy,

      Plaintiff,

v.

Equifax Information Services LLC;
Experian Information Solutions, Inc.;
TransUnion LLC a.k.a. Trans Union LLC,

      Defendants.

Case No._____

**NOTICE OF FILING OF NOTICE OF AND PETITION FOR REMOVAL**

---

Please take notice that, pursuant to 28 U.S.C. 1446(d), Defendant Experian Information Solutions, Inc. has filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Minnesota. A copy of the Notice of Removal filed with respect to this action is attached hereto as Exhibit 1.

Dated: May 1, 2024

**s/ Gregory J. Myers**
Gregory J. Myers, MN #287398
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
gjmyers@locklaw.com

**ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**