# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephany McCarthy,<br><br>              Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>TransUnion LLC a.k.a. Trans Union LLC,<br><br>              Defendants. | Case No.: 24-CV-01580<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Parent Companies:  The ultimate parent company of Experian is Experian plc.

    2.    Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

        (a)    Central Source LLC

        (b)    Online Data Exchange LLC

        (c)    New Management Services LLC

        (d)    VantageScore Solutions LLC

        (e)    Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

| | |
|---|---|
| Dated: May 1, 2024 | /s/ Gregory J. Myers<br>Gregory J. Myers, MN #287398<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN  55401<br>Telephone:  (612) 339-6900<br>Fax:  (612) 339-0981<br>gjmyers@locklaw.com<br><br>**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |