# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephany McCarthy,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>TransUnion LLC a.k.a. Trans Union LLC,<br><br>　　　　　　Defendants. | Case No.:　24-CV-01580<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on May 1, 2024, I caused true and correct copies of the following documents:

1. Notice of and Petition for Removal; and

2. Defendant Experian Information Solutions, Inc.'s Rule 7.1 Corporate Disclosure Statement

to be filed electronically with the Clerk of Court through ECF and that I caused a copy of the foregoing documents to be served via first class mail, postage paid, to the following:

David Madgett
**MADGETT LAW**
3050 Abbott Avenue South, Ste 15
Minneapolis, MN 55416

Warren Cangany
**TRANSUNION**
555 W. Adams Street
Chicago, IL 60661

Jeremy Thompson
**THE LAW OFFICE OF JEREMY J. THOMPSON, PLLC**
500 Willison Road, Suite 150
Edina, MN 55424

Dated:  May 1, 2024

**s/ Gregory J. Myers**
Gregory J. Myers, MN #287398
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Fax:  (612) 339-0981
gjmyers@locklaw.com

**ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**